UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OVANES GAZAZYAN**, <br><br> Petitioner, <br><br> v. <br><br> **PAMELA BONDI**, et al., <br><br> Respondents. | Case No. 5:25-cv-02599-SRM-DTB <br><br> **ORDER GRANTING RESPONDENTS' LEAVE TO FILE SUR-REPLY AND CONTINUING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER [2]** |

On October 1, 2025, Petitioner Ovanes Gazazyan filed this Petition for Habeas Corpus, claiming that Respondents have unlawfully detained pending removal and have violated his constitutional, statutory, and regulatory due process rights. *See generally* Dkt. 1. At 2:55 p.m. that same day, Gazazyan filed a Motion for Temporary Restraining Order. Dkt. 2. Respondents filed their opposition on October 2, 2025, and Gazazyan filed his reply on October 3, 2025. In the reply, Gazazyan attaches evidence in support of his arguments that was not attached to the underlying petition or motion. *Compare* Dkt. 8, *with* Dkt. 1–2.

//

//

//

-1-

To give Respondents an opportunity to respond to the new evidence presented in the reply, the Court **GRANTS** Respondents leave to file a sur-reply. Respondents may submit the sur-reply, if any, by **October 6, 2025, at 5:00 p.m.** The hearing set for October 6 is continued to **October 10, 2025, at 10:00 a.m**. via videoconference.

**IT IS SO ORDERED.**

Dated: October 4, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE