UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OVANES GAZAZYAN,

                    Petitioner,

      v.

PAMELA BONDI, et al.,

                  Respondents.

Case No. 5:25-cv-02599-SRM-DTB

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. 1, the Answer to the Petition, Dkt. 25, the Traverse to the Petition, Dkt. 27, and the Report and Recommendation of the United States Magistrate Judge, Dkt. 28. No party filed timely objections to the Report and Recommendation.

The Court thus accepts the Magistrate Judge's findings and conclusions. The Petition for Writ of Habeas Corpus is **GRANTED** follows:

1. Immigration and Customs Enforcement's ("ICE") violated 8 C.F.R. § 241.4(l)(2) and the Due Process Clause of the Fifth Amendment of the United States Constitution;

2. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from:

-1-

    a.    Re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which it is determined that detention is appropriate and warranted under the applicable law and regulation either because Petitioner has violated a term of his release or because his deportation to Armenia is imminent and the necessary documents from the Republic of Armenia Republic have issued and are in the possession of ICE; and

    b.    Removing Petitioner to any country other than Armenia without appropriate notice and an opportunity to be heard in accordance with the applicable ICE regulations.

A separate judgment will issue.

**IT IS SO ORDERED.**

Dated: July 1, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-