JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OVANES GAZAZYAN,

               Petitioner,

     v.

PAMELA BONDI, et al.,

               Respondents.

Case No. 5:25-cv-02599-SRM-DTB

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition is **GRANTED**.

     **IT IS SO ORDERED.**

Dated: July 1, 2026

                      HON. SERENA R. MURILLO
                      UNITED STATES DISTRICT JUDGE

-1-